**IT IS SO ORDERED.**
**Signed December 06, 2010**

**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

1  DAVID A. BOONE - State Bar No. 74165
   LEELA V. MENON - State Bar No. 195435
2  SUSAN B. LUCE - State Bar No. 120843
   LAW OFFICES OF DAVID A. BOONE
3  1611 The Alameda
   San Jose, California 95126
4  Telephone;    (408) 291-6000
   Facsimile:    (408) 291-6016
5
   ATTORNEYS FOR DEBTORS
6  STEVEN RICHARD FOSTER & KATHLEEN LAWRENCE FOSTER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. **10-58297 ASW** |
| STEVEN RICHARD FOSTER | CHAPTER 13 |
| KATHLEEN LAWRENCE FOSTER | Date: November 2, 2010<br>Time: 1:45 PM<br>Courtroom: 3020<br>Honorable Arthur S. Weissbrodt |

**ORDER VALUING LIEN OF GMAC MORTGAGE, LLC**

On November 2, 2010, the Court held a hearing on Debtors' motion to value the lien of GMAC MORTGAGE, LLC against property commonly known as 3594 Klaus Drive, San Jose, CA, 95121, which lien was recorded in Santa Clara County on or about May 17, 2007 as document number 19433559. (hereinafter the Lien). The legal description of the property is as follows:

Lot 5, as shown on that certain Map of Tract No. 7899, which Map was filed for record in the office of the Recorder of the County of Santa Clara, State of California on December 11, 1986, in Book 568 of Maps, page(s) 20 and 21.

1           All appearances were noted on the record.

2     The court finds that notice of the motion was proper. Upon due consideration, and for the
3 reasons stated on the record at the hearing, the court hereby orders as follows:

4     (1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, GMAC
5 MORTGAGE, LLC does not have a secured claim, and the Lien may not be enforced, pursuant to
6 11 U.S.C. Sections 506, 1322(b)(2) and 1327.

7     (2) This order shall become part of the Debtors' confirmed chapter 13 plan.

8     (3) Upon entry of a discharge or completion of plan payments in Debtors' chapter 13 case,
9 the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an
10 appropriate form of judgment voiding the Lien.

11     (4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before
12 Debtors obtain a discharge or completes plan payments, this order shall cease to be effective and the
13 Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon
14 application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

15     (5) Except as otherwise provided by separate, subsequent order of this court, the Lien may
16 not be enforced so long as this order remains in effect.

17                               **END OF ORDER**

| | | |
|---|---|---|
| 1 | | COURT SERVICE LIST |
| 2 | Steven Foster, Kathleen Foster<br>3594 Klaus Drive<br>San Jose, CA 95121 | GMAC Mortgage, LLC<br>1100 Virginia Drive<br>Fort Washington, PA 19034 |
| 4 | David A. Boone, Esq.<br>The Law Offices of David A. Boone<br>1611 The Alameda<br>San Jose, CA 95126 | GMAC Mortgage, LLC<br>Attn: Brian McKinney, Vice President<br>1100 Virginia Drive<br>Fort Washington, PA 19034 |
| 7 | Devin Derham-Burk<br>PO Box 50013<br>San Jose, CA 95150-0013 | GMAC Mortgage, LLC<br>2000 Renaissance Center<br>PO Box 200<br>Detroit, MI 48265-2000 |
| 9 | Office of the U.S. Trustee /San Jose<br>Office of the U.S. Trustee<br>U.S. Federal Bldg.<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004 | Kenneth Blackburn, President<br>GMAC Mortgage, LLC<br>4 Walnut Grove<br>Horsham, PA 19044-46 |
| 12 | GMAC Mortgage<br>Bankruptcy Dept<br>500 Enterprise Rd Ste 150<br>Horsham, PA 19044-3503 | Julie A. Rousselow, Senior VP of Financial Operations<br>GMAC Mortgage, LLC<br>1100 Virginia Drive<br>Fort Washington, PA 19034 |
| 14 | GMAC Mortgage, LLC<br>1100 Virginia Drive<br>Ft Washington, PA 19034 | David Stadler, Senior VP<br>GMAC Mortgage, LLC<br>1100 Virginia Drive<br>Fort Washington, PA 19034 |
| 16 | Jonathan J. Damen<br>Routh Crabtree Olsen, PS<br>Attorney for GMAC Mortgage, LLC<br>505 N. Tustin Ave., Suite 243<br>Santa Ana, CA 92705 | Corporation Service Company<br>which will do business in CA as<br>CSC Lawyers Incorporating Service<br>ASOP for GMAC Mortgage, LLC<br>2730 Gateway Oaks Dr. Ste. #100<br>Sacramento, CA 95833 |
| 19 | GMAC Mortgage, LLC<br>Attn: Payment Processing<br>3451 Hammond Avenue<br>Waterloo, IA 50702 | Corporate Service Company<br>ASOP for GMAC Mortgage, LLC<br>505 5th Avenue, Suite 729<br>Des Moines, IA 50309 |
| 22 | SCME Mortgage Bankers, Inc.<br>C/o Nationwide Title Clearing, Inc.<br>Attn: Final Docs Unit<br>2100 ALT 19 North<br>Palm Harbor, FL 34683 | Aurora Loan Services<br>10350 Park Meadows Drive<br>Lone Tree, CO 80124 |
| 25 | Mortgage Electronic Registration Systems, Inc.<br>Solely as nominee for SCME Mortgage Bankers, Inc.<br>P.O. Box 2026<br>Flint, Mi 48501-2026 | SCME Mortgage Bankers, Inc.<br>C/o Nationwide Title Clearing, Inc.<br>Attn: Final Docs Unit<br>2100 ALT 19 North<br>Palm Harbor, FL 34683 |

| | |
|---|---|
| 1 | SCME Mortgage Bankers, Inc. |
| | 6265 Greenwich Drive, Suite 200 |
| 2 | San Diego, CA 92122 |
| 3 | Mortgage Electronic Registration Systems, Inc. |
| 4 | Solely as nominee for SCME Mortgage Bankers, Inc. |
| 5 | P.O. Box 2026 |
| | Flint, MI 48501-2026 |
| 6 | |
| | GMAC Mortgage, LLC |
| 7 | Routh Crabtree Olsen, PS |
| | 505 N. Tustin Avenue, Suite 243 |
| 8 | Santa Ana, CA 92705 |
| 9 | Harley-Davidson Credit Corp. |
| | P.O. BOX 829009 |
| 10 | Dallas, TX 75382 |
| 11 | Lawrence J. Buckley |
| | Brice, Vander, Linden and Wernick |
| 12 | Attorney for Harley-Davidson Credit Crop. |
| | 9441 LBJ Freeway #350 |
| 13 | Dallas, TX 75243 |